**Fill in this information to identify your case**

UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

Debtor 1: Greeley Flats, DST
Case #:

Debtor 2:
Chapter: 11

## Local Bankruptcy Form 1007-7.1
## Disclosure Regarding Receivers

Check applicable box and complete the applicable sections.

### Part 1  Disclosure

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

☐ No receiver is in possession of debtor's property.

☒ A receiver is in possession of all or part of the debtor's property:

Identification (by address or legal description) of property: 1758 6th Avenue, Greeley, CO 80631
Name of creditor: Fannie Mae
Name of receiver: Trigild IVL
Address for receiver: 4131 N. Central Expy., Dallas, TX 75204
Telephone number for receiver: 214-422-2365
Attorney for receiver, if applicable:
Address for attorney for receiver, if applicable:
Telephone number for attorney for receiver, if applicable:
Date of appointment of receiver: 9/18/2023
Court appointing receiver: District Court, Weld County, Colorado
Case Number for court appointing receiver: 2023CV30725

### Part 2  Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: April 3, 2024          By: /s/ Thomas R. Fawkes
                                  Signature

Bar Number (if applicable):
Mailing Address: 233 S. Wacker Dr., Suite 6950, Chicago, IL 60606
Telephone number: 312-256-9425
Facsimile number: 312-624-6309
E-mail address: thomas.fawkes@tuckerellis.com